UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY MEMBERS FOR RELIGIOUS NEUTRALITY IN PUBLIC SCHOOLS -- SAN FRANCISCO BAY AREA, et al.,<br>Plaintiffs,<br>v.<br>BRENT KLINE, et al.,<br>Defendants. | Case No. 26-cv-08249-VKD<br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND TO COMPLY WITH THE COURT'S ORDER; CONTINUING CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 6 |

On August 11, 2026, the Court issued an order setting the initial case management conference for November 10, 2026 and directing the parties to file a joint case management statement by November 3, 2026. Dkt. No. 6. The docket reflects that the parties did not file a joint case management statement as ordered. The docket also reflects that no defendant has been served or has appeared in this action. The deadline for service is November 9, 2026. *See* Fed. R. Civ. P. 4(m). Additionally, plaintiffs have not filed the "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether they consent to or decline magistrate judge jurisdiction, although the deadline to file the form was September 9, 2026. *See* Dkt. No. 7.

By **November 9, 2026**, plaintiffs shall file a response to this order advising of the status service of process on defendants and showing cause why the Court should not recommend dismissal of the action for failure to comply the Court's August 11, 2026 order or the deadline to file a consent/declination to magistrate judge jurisdiction. Counsel for plaintiffs shall appear for a show cause hearing on **Tuesday, November 17, 2026 at 10:00 a.m.** in Courtroom 2, Fifth Floor, U.S. District Court, San Jose Division.

United States District Court
Northern District of California

United States District Court
Northern District of California

The initial case management conference is continued to **January 5, 2027 at 1:30 p.m. via Zoom**.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Virginia K. DeMarchi
United States Magistrate Judge