DAVID M. ROSENBERG-WOHL (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNITY MEMBERS FOR RELIGIOUS NEUTRALITY IN PUBLIC SCHOOLS – SAN FRANCISCO BAY AREA (CMRN-SFBA); JAFI LIPSON; JOSH LEHRER; SASHA AVA LEHRER; PAWAN DESHPANDE; DINSHA MISTREE; AND LINOR LEVAV,<br><br>Plaintiffs,<br><br>vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT; BRENT KLINE; AND DOES 1-10,<br><br>Defendants. | Case No.: 5:26-cv-08249<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE OF 11/5/26** |

Plaintiffs' counsel apologizes for the delay in getting this case under way, which it is, but not as evidenced in court filings yet.

What follows is the status of this case, information sought by the court in its OSC of 11/5/26:[1]

The defendants have in fact been served; filing proof of service has yet to take place. An affidavit of service has been received by Plaintiffs' counsel for defendant Palo Alto Unified School District. Proof of service is being contemporaneously filed herewith, in accord with the deadline set forth in the OSC.

Plaintiffs' counsel has yet to receive the affidavit of service upon defendant Brent Kline and has followed up, as recently as this evening. Plaintiffs' counsel did, at the request of defendants' counsel, serve copies of the documents (including the summons upon defendant Kline) upon defendants' counsel, and counsel have been negotiating the need for Defendant Kline in the case thereafter, so there is no question of notice. (In this respect, Plaintiffs' counsel respectfully requests that the deadline for submitting proof of service upon Defendant Kline be extended one week, to November 16, 2026.)

Plaintiffs' counsel indeed neglected to submit the consent/declination to magistrate judge jurisdiction. That form (consenting thereto) is being submitted contemporaneously with this response to the OSC.

Plaintiffs' counsel has been working to further amend the complaint at the request of defendant's counsel since September 22, 2026. Plaintiffs' counsel can commit to filing the second amended complaint in short order, specifically by Monday, November 23. Plaintiffs'

[1] The Declaration of David M. Rosenberg-Wohl, providing factual support to the statements that follow, is attached hereto.

counsel has every reason to believe that Defendant's counsel, having agreed to this process, will stipulate to this submission before that date.

Dated: November 9, 2026

David Rosenberg-Wohl
vid M. Rosenberg-Wohl

RSHENSON ROSENBERG-WOHL
PROFESSIONAL CORPORATION

<u>DECLARATION OF DAVID M. ROSENBERG-WOHL</u>

I, David M. Rosenberg-Wohl, counsel for Plaintiffs in this matter, declare as follows:

1. An affidavit of service has been received by Plaintiffs' counsel for defendant Palo Alto Unified School District. <u>Proof of service is being contemporaneously filed herewith, in accord with the deadline set forth in the OSC</u>.
2. Plaintiffs' counsel has yet to receive the affidavit of service upon defendant Brent Kline and has followed up, as recently as this evening. Plaintiffs' counsel did, at the request of defendants' counsel, serve copies of the documents (including the summons upon defendant Kline) upon defendants' counsel, and counsel have been negotiating the need for Defendant Kline in the case thereafter.
3. Plaintiffs' counsel indeed neglected to submit the consent/declination to magistrate judge jurisdiction. <u>That form (consenting thereto) is being submitted contemporaneously with this response to the OSC</u>.
4. Plaintiffs' counsel has been working to further amend the complaint at the request of defendant's counsel since September 22, 2026. Plaintiffs' counsel can commit to filing

the second amended complaint in short order, specifically by Monday, November 23. Plaintiffs' counsel has every reason to believe that Defendant's counsel, having agreed to this process, will stipulate to this submission before that date.

5. I state the foregoing of my own information and belief and would and could competently testify thereto in a court of law. This declaration is executed in San Francisco, California, this ninth day of November, 2026.

____vid Rosenberg-We

Davic [illegible]