DAVID M. ROSENBERG-WOHL (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

COMMUNITY MEMBERS FOR RELIGIOUS NEUTRALITY IN PUBLIC SCHOOLS – SAN FRANCISCO BAY AREA (CMRN-SFBA); JAFI LIPSON; JOSH LEHRER; SASHA AVA LEHRER; PAWAN DESHPANDE; DINSHA MISTREE; AND LINOR LEVAV,

Plaintiffs,

vs.

PALO ALTO UNIFIED SCHOOL DISTRICT; BRENT KLINE; AND DOES 1-10,

Defendants.

Case No.: 5:26-cv-08249

**PROOF OF SERVICE**

As indicated by the attached document, service in this matter has been effected upon Defendant Palo Alto Unified School District.

Dated: November 9, 2026

Respectfully submitted,

David Rosenberg-Wohl

David M. Rosenberg-Wohl

HERSHENSON ROSENBERG-WOHL
A PROFESSIONAL CORPORATION

| *Attorney or Party without Attorney:*<br>DAVID M. ROSENBERG-WOHL (SBN 132924)<br>HERSHENSON ROSENBERG-WOHL, A PROFESSIONAL CORPORATION<br>3080 WASHINGTON STREET<br>SAN FRANCISCO, CA 94115<br>*Telephone No:* 415-317-7756<br>*Attorney For:* | *Ref. No. or File No.:*<br>COMMUNITY V. PAUSD | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* COMMUNITY MEMBERS FOR RELIGIOUS NEUTRALITY IN PUBLIC SCHOOLS – SAN FRANCISCO BAY AREA (CMRN-SFBA); et al.<br>*Defendant:* PALO ALTO UNIFIED SCHOOL DISTRICT; BRENT KLINE | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:26-cv-08249-VKD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; CIVIL COVER SHEET

3. *a. Party served:* PALO ALTO UNIFIED SCHOOL DISTRICT
   *b. Person served:* Jamie Engle, legal secretary, Authorized to Accept Service of Process.

4. *Address where the party was served:* 25 Churchill Avenue, Palo Alto, CA 94306

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 27 2026 (2) at: 03:20 PM

6. ***Person Who Served Papers:***
   a. Luis Arturo Mendez (569, San Mateo County)
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   **d.** ***The Fee** for Service was:* 142.66

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

08/27/2026
*(Date)*

*(Signature)*