United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY MEMBERS FOR RELIGIOUS NEUTRALITY IN PUBLIC SCHOOLS -- SAN FRANCISCO BAY AREA, et al.,<br>Plaintiffs,<br>v.<br>BRENT KLINE, et al.,<br>Defendants. | Case No. 26-cv-08249-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING SHOW CAUSE HEARING, AND REQUIRING SERVICE OF ORDER** |

In response to this Court's order to show cause (Dkt. No. 9), plaintiffs represent that they have served defendants Brent Kline and the Palo Alto Unified School District. Dkt. No. 10 at 2. Plaintiffs further represent that they intend to file a further amended complaint (i.e., a second amended complaint) by November 23, 2026. *Id.* In view of plaintiffs' representations regarding service, the Court discharges the order to show cause and vacates the November 17, 2026 show cause hearing.

With respect to plaintiffs' proposed filing of a second amended complaint, the Court observes that plaintiffs have already amended their complaint once as a matter of course, as permitted by Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure. *See* Dkt. No. 3. Thus, any further amended pleading may not be filed absent defendants' written consent or leave of the Court. *See* Fed. R. Civ. P. 15(a)(2). Defendants' deadline to respond to the current operative complaint is as set forth in Rule 12(a) of the Federal Rules of Civil Procedure, unless that deadline is altered pursuant to stipulation or motion. *See* Civil L.R. 6-1, 6-3.

Plaintiffs' counsel shall provide a copy of this order to defendants' counsel by **November**

**13, 2026**.

**IT IS SO ORDERED.**

Dated: November 12, 2026

Virginia K. DeMarchi

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California